■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM EDISON, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Orgera, J.), both rendered June 6, 1991.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Balletta, Eiber, Pizzuto and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH EDWARDS, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered October 30, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.